# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

MICHAEL V. LANE,

Plaintiff,

v.

KENNETH WILLIAMS, *et al.*,

Defendants.

Case No. 3:25-CV-00078-ART-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 19]

Plaintiff Michael V. Lane ("Lane") filed his first set of interrogatories for Defendants on the docket. (ECF No. 19.) Lane's filing is improper for two reasons. First, Defendants have yet to file an answer or otherwise responded to the complaint, and as such, discovery has not yet commenced. As such, Lane is not yet permitted to submit interrogatories or other discovery requests at this time. Second, even if discovery had commenced, discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). Accordingly, the Court **STRIKES** Lane's first set of interrogatories, (ECF No. 19), and instructs him to not submit any other requests for discovery until Defendants file their answer and the Court holds an initial case management conference.

**IT IS SO ORDERED.**

**DATED:** April 28, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**