**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MICHAEL V. LANE,

Plaintiff,

v.

KENNETH WILLIAMS, *et al.*,

Defendants.

Case No. 3:25-CV-00078-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTION TO ENGAGE IN DISCOVERY AND MOTION TO CORRECT DOCUMENTS**

[ECF Nos. 34, 35]

Currently pending before the Court is Plaintiff Michael V. Lane's ("Lane") motion to engage in discovery, (ECF No. 34), and motion to correct documents, (ECF No. 35). For the reasons discussed below, both motions are denied.

Beginning with Lane's motion to engage in discovery, Lane's entire argument consists of the following sentence: "Plaintiff duly seeks permission to engage in discovery and or hold a scheduling conference." (ECF No. 34 at 2.) Local Rule 7-2(a) requires all motions to "be supported by a memorandum of points and authorities." Lane's single sentence does not constitute a memorandum of points and authorities, and his motion could be denied on that ground alone. But even assuming his motion was proper, it nevertheless fails on the merits. The Court has already explained to Lane that "Defendants have yet to file an answer or otherwise respond to the complaint, and as such, discovery has not yet commenced." (ECF No. 21.) It is still the case that Defendants have not yet filed an answer or otherwise responded, so discovery has yet to commence. The Court will order a case management conference at the appropriate time, but until that time, discovery cannot begin.

Turning next to Lane's motion to correct documents, Lane asserts several of the documents sent to him by the Attorney General's Office listed the wrong inmate on the certificate of service. (ECF No. 35.) Indeed, Lane includes a copy from one of the documents listing an inmate by the name of "James Ray Lane." (*Id.* at 2.) Lane asks the

Court to correct the error and resend the documents. (*Id.* at 1.) While the Court acknowledges this error, it appears to be harmless because Lane still received the documents. The Court therefore sees no need to order the Attorney General's Office to correct the errors and resend the documents. That said, the Attorney General's Office is reminded that it is incumbent upon them to proofread their filings to ensure the proper inmate receives them.

For these reasons, **IT IS ORDERED** that Lane's motion to engage in discovery, (ECF No. 34), and motion to correct documents, (ECF No. 35), are **DENIED**.

**DATED**: May 14, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**