**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

MICHAEL V. LANE,

Plaintiff,

v.

KENNETH WILLIAMS, *et al.*,

Defendants.

Case No. 3:25-CV-00078-ART-CLB

**ORDER DENYING PLAINTIFF'S MOTIONS FOR DISCOVERY**

[ECF Nos. 38, 40]

Plaintiff Michael V. Lane ("Lane") has filed two motions seeking the Court order that the Nevada Department of Corrections ("NDOC") provide him with his medical records. (ECF Nos. 38, 40.) Both motions specify that Lane is seeking production of the medical records based on a hearing that was set in this case on June 3, 2026, before the District Judge. (*Id.*) However, that hearing has since been vacated. (ECF No. 41.) Consequently, Lane's motions are now moot.[1]

Accordingly, Lanes' motions for discovery, (ECF Nos. 38, 40), are **DENIED** as moot.

**IT IS SO ORDERED**.

**DATED**: May 26, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court also notes that Lane may request to review his medical records pursuant to NDOC AR 639.03.