**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MICHAEL V. LANE, | Case No. 3:25-CV-00078-ART-CLB |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO UPDATE ATTORNEY GENERAL** |
| v. | |
| KENNETH WILLIAMS, *et al.*, | [ECF No. 48] |
| Defendants. | |

Currently pending before the Court is Plaintiff Michael Lane's ("Lane") motion to update Deputy Attorney General D'Silva. (ECF No. 48.) Lane's motion is improper for two reasons. First, it does not include a points and authorities which, under Local Rule 7-2(d), "constitutes a consent to the denial of the motion." Second, it appears Lane's "motion" is an attempt to provide defense counsel with information. Included with the motion are two letters addressed to defense counsel along with supporting exhibits. Thus, although styled as a motion, it appears that Lane's filing is more akin to a notice, the filing of which is specifically prohibited by General Order No. 2021-05(3)(d).

For these reasons, Lane's motion, (ECF No. 48), is **DENIED**. Lane is reminded that in the future, if he has matters he wants to discuss with defense counsel, he must contact defense counsel directly and should not file such things on the Court's docket.

**IT IS SO ORDERED**.

**DATED**: July 7, 2026    .

_____
**UNITED STATES MAGISTRATE JUDGE**